**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-01021-CMA-KMT

MICHAEL MATHENY,

    Plaintiff,

v.

BRANDON MARTINEZ,
PHILLIP BICKINGS, and
CRAIG ELLIOTT,

    Defendants.

## ORDER GRANTING MOTION FOR REMAND

This matter if before the Court on Defendant's Unopposed Motion For Remand (Doc. # 12). The Court having reviewed the motion and any response thereto, and being fully advised in the premises, hereby

ORDERS that Defendant's motion is GRANTED. This action is REMANDED to the District Court, County of Boulder, Colorado for further proceedings.

DATED: May __22__, 2009

                                            BY THE COURT:

                                            _____
                                            CHRISTINE M. ARGUELLO
                                            United States District Judge